BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2891

FILED

MAY 3 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>      v.                      )<br>                              )<br> RYAN McGOWEN, et al.,         )<br>                              )<br>           Defendants.        )<br>_____) | Case No. 2:12-CR-0207 LKK<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys WILLIAM S. WONG and MICHAEL D. ANDERSON to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 5-31-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge