UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
     Plaintiff,

     vs.                         CASE No: **2:12−CR−00207−LKK**

**RYAN MCGOWAN, ET AL.,**          ORDER RE DISCOVERY AND
     Defendant,             EXHIBITS

_____ /

    In all criminal cases to be heard by the undersigned, it shall be the duty of the parties that,

upon request, discovery shall be made without unreasonable delay.  In performing this duty:

    1.  The parties shall sequentially number all pages of the discovery that are copied and

supplied to the other side so that during trial all parties may refer to the sequential number of the

page.

    2.  The party making discovery shall make reasonable efforts to insure that the pages

of discovery that are copied and supplied to the other side are delivered in the order in which they

appear in the original file, and if fastened in the original file, that they are fastened in the same

order when delivered.

1   This duty extends to documents obtained from outside organizations or companies. That

2   is, if the document has been obtained from an outside organization, it is the duty of the party

3   making the discovery to exercise reasonable care to insure that it is able to supply a copy of the

4   document in the form and sequence in which the original is maintained. This duty will be deemed

5   to be discharged –– insofar as it obligates any party to insure that the recipient of a subpoena

6   produces documents in the form and sequence in which the originals are maintained –– if the

7   subpoena directs that the integrity of the order be maintained, including segregation of the

8   documents by fastening or other form of distinguishing between documents as they are maintained

9   in the original file.

10   When making discovery, a party supplied copied pages shall convey its efforts relative to

11   insuring the integrity of the document, but acknowledge that the only way to be certain that the

12   documents are in proper order is by examining the original file.

13   All counsel are required to make reasonable efforts to insure access to the originals when

14   requested.

15   3. In any trial in which the government proposes to introduce twenty (20) or more

16   documents in its case–in–chief, it shall, not later than two (2) court days before trial, tender to the

17   defendant(s) a binder containing the premarked documents in the approximate order in which it

18   expects to introduce them.

19   4. In any trial which a defendant proposes to introduce twenty (20) or more

20   documents in his, her or its case–in–chief, defense counsel shall, not later than two (2) court days

21   before trial, tender to the government a binder containing the premarked documents in the

22   approximate order in which it expects to introduce them.

23   5. Any party intending to introduce twenty (20) or more documents at trial shall, on the

24   first day of trial, present to the court a binder containing the premarked documents in the

25   approximate order in which it expects to introduce them.

26

A violation of this order may result in the imposition of sanctions including, but not limited

to, monetary sanctions, the exclusion of evidence, or the striking of testimony or documents

IT IS SO ORDERED.


DATE:  **June 22, 2012**


   /s/ **LAWRENCE K. KARLTON**
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE