1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone: (408) 264-8489
4  Facsimile:  (408) 264-8487
   E-Mail: Don@DKLawOffice.com
5
   Attorney for Defendant:
6  ULYSSES SIMPSON GRANT EARLY

7

8
                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,            CASE NO.:   2:12-CR-00207 LKK
11
                 Plaintiff,              **SUBSTITUTION OF ATTORNEY FOR
12                                       DEFENDANT:**

13           v.                          **ULYSSES SIMPSON GRANT EARLY, IV**

14  RYAN McGOWAN, ROBERT                 **[Proposed] ORDER OF SUBSTITUTION**
    SNELLING, ULYSSES SIMPSON
15  GRANT EARLY IV, and THOMAS LU,

16               Defendants.

17

18      TO THE ABOVE-ENTITLED COURT, AND TO THE UNITED STATES

19  ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA:

20      I, ULYSSES SIMPSON GRANT EARLY, IV, a defendant in the above entitled action,

21  matter make the following substitution of counsel:

22  NEW COUNSEL:        Donald E. J. Kilmer, Jr. (SBN: 179986)
                        Attorney at Law.
23                      1645 Willow Street, Suite 150
                        San Jose, California, 95125
24                      Voice: (408) 264-8489 Fax: (408) 264-8487
                        ECF-Email Account: don@dklawoffice.com
25
    FORMER COUNSEL:     Ralph D. Hughes (SBN: 111641)
26                      Hughes & Company
                        4471 Stoneridge Drive, Suite B
27                      Pleasanton, CA 94588
                        Phone: (925) 426-9200
28                      Fax: (925) 426-9215
                        ECF - Email Account: law@ralphdhughes.com

1  Date:   November 26, 2012

2    /s/ Ulysses Simpson Grant Early, IV
   ULYSSES SIMPSON GRANT EARLY, IV.
3  Defendant

4

   Date:   November 26, 2012
5
   I ACCEPT THE SUBSTITUTION.  I AM MAKING A GENERAL APPEARANCE.
6

7    /s/ Donald Kilmer
   DONALD KILMER, ATTORNEY AT LAW
8  New Counsel

9
   Date:   November 26, 2012
10
   I CONSENT TO THE SUBSTITUTION.
11
     /s/ Ralph D. Hughes
12 RALPH D. HUGHES
   Former Counsel
13

14                ATTESTATION FOR COMPLIANCE WITH LOCAL RULES

15       I, Donald Kilmer, declare under penalty of perjury under the laws of California and the
   United States that I have in my possession e-mail correspondence from Ralph D. Hughes and
16 Ulysses Simpson Grant Early, IV, that the contents of this document is acceptable to all persons
   required to sign the document.  I declare that this document was signed in San Jose, CA on
17 November 26, 2012.

18    /s/ Donald Kilmer
   _____
19 Donald Kilmer,
   Attorney for the Defendant EARLY
20

21

22                                          **ORDER**

23       The Court approves the Substitution.

24       Date: _____

25
         _____
26       United States District Court Judge

27

28