BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RYAN MCGOWAN, et al.,<br><br>　　　　　　　　Defendants. | CASE NO.  2:12-cr-00207-LKK<br><br>ORDER CONTINUING STATUS CONFERENCE, SETTING BRIEFING SCHEDULE AND EXCLUDING TIME |

　　　　This matter came before the Court for a status conference on January 8, 2013, at 9:15 a.m. The United States was represented by Assistant United States Attorneys William S. Wong and Michael D. Anderson.  Defendants Snellings and Early were personally present and represented, respectively, by Attorneys James Goodwin and Donald Kilmer.  Attorney James Chris Cosca appeared for defendant McGowan, who was not present and had a waiver of personal appearance on file.

　　　　During the January 8, 2013, status conference, defense counsel stated that additional time was necessary to discuss additional discovery requests with the government, and to prepare and file discovery motions in preparation of their clients' defenses.  The discovery in this case thus far includes 28 compact discs provided by the government.  The government indicated that it was likely to voluntarily provide some additional discovery for defense counsel to review in preparation

1

trial, but that it would also be opposing some of defendants' discovery requests. The parties requested a briefing schedule for the discovery motion. Defense counsel further requested that the case be continued and that time be excluded under the Speedy Trial Act. All defendants agreed.

At the parties' request, the Court ordered the status conference continued to March 12, 2013, at 9:15 a.m., at which time the Court will hold a hearing on the defendants' discovery motions. The Court further ordered that the government notify defendants' counsel which of the requested discovery items the government will voluntarily make available by January 15, 2013; that the defendants' file their discovery motions by February 12, 2013; that the government's file its opposition by February 26, 2013; and that the defendants' file their replies by March 5, 2013. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare) and that once the defendants' motions are filed, time also be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D); Local Code E. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1. A status conference and hearing on defendants' discovery motions in this case is set for March 12, 2013. The briefing schedule for discovery in this case shall be as follows:

January 15, 2013:  Government shall notify defense counsel what requested discovery items the government will voluntarily make available.

February 12, 2013:  Defendants' discovery motions due.

February 26, 2013:  Government opposition due.

March 5, 2013:  Defendants' reply briefs due.

2. Based on the parties' representations, the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T-4, to allow reasonable time for

///

1 | defense counsel to prepare for trial.  Once the defendants' motions are filed, time shall also be
2 | excluded pursuant to 18 U.S.C. § 3161(h)(1)(D); Local Code E.
3
4 |     IT IS SO ORDERED
5
6 | Date:  January 11, 2013
7
    LAWRENCE K. KARLTON
    SENIOR JUDGE
8
    UNITED STATES DISTRICT COURT

3