BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-207 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING DISCOVERY HEARING AS TO DEFENDANT EARLY AND EXCLUDING TIME |
| v. | |
| RYAN MCGOWAN, ET AL., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

This matter came before the Court for a status conference on January 8, 2013, at 9:15 a.m. At the parties' request, the Court set briefing and motions schedule for discovery, including a status conference and hearing on March 12, 2013. Defendant Early filed a motion for discovery pursuant to that schedule. No other defendants filed discovery motions. The Court referred defendant Early's matter to the duty magistrate for hearing.

The government and Donald Kilmer, counsel for Mr. Early, are continuing to resolve informally as many discovery issues as possible prior to hearing on the discovery motion. Counsel and the government need additional time to meet and confer regarding discovery and to allow defense inspection

Stipulation and Proposed Order Continuing
Discovery Hearing

1

of government exhibits.  Therefore, the parties request that the discovery motion hearing be reset to April 9, 2013; that the government's opposition be due on March 26, 2013; and that the defendant's reply be due on April 2, 2013.

The parties further agree that the court's previous order setting a status conference for March 12, 2013, and excluding time up to that date should remain in effect.

IT IS SO STIPULATED.

Dated:  February 25, 2013               BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ William S. Wong
                                        WILLIAM S. WONG
                                        MICHAEL D. ANDERSON
                                        Assistant United States Attorneys


Dated:  February 25, 2013                /s/ Donald Kilmer
                                        DONALD KILMER
                                        Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of February,  2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Proposed Order Continuing Discovery Hearing

2