PATRICK K. HANLY (Bar #128521)
431 I Street Suite 201
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916) 440-9610

Attorney for Defendant
Robert Snellings

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT SNELLINGS  and<br>RYAN MCGOWAN,<br><br>            Defendants, | CASE NO.  CR. S-12-0207  TLN<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE NEW TRIAL MOTON** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties and their respective counsel that defendants SNELLINGS and MCGOWAN may have until July 13, 2015 to file a new trial motion in the above case.  The government shall file its response on or before August 7, 2015.

**IT IS SO STIPULATED**.

                                                                          United States Attorney

DATED: June 16, 2015                     by:     /s/William Wong
                                                                          Assistant United States Attorney

STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. McGowan et al*, CR. S-12-0207 TLN

1

| | | |
|---|---|---|
| 1 | DATED: June 16, 2015 | /s/ Patrick K. Hanly |
| 2 | | Counsel for Defendant |
| | | Robert Snellings |

DATED: June 16, 2015        /s/ Chris Cosca
                            Counsel for Defendant
                            Ryan McGowan

**O R D E R**

**IT IS SO FOUND AND ORDERED** this 17th day of June, 2015.

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE NEW TRIAL MOTION
*U.S. v. McGowan et al*, CR. S-12-0207 TLN

2