BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN McGOWAN, and<br>ROBERT SNELLINGS,<br><br>　　　　　　　　Defendants. | CASE NO. 2:12-CR-0207 TLN<br><br>STIPULATION TO RESCHEDULE FILING DATES REGARDING MOTION FOR NEW TRIAL FINDINGS AND ORDER<br><br>DATE: October 8, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, defendant Ryan McGowan, by and through his counsel of record, Christopher Cosca, and defendant Robert Snellings, by and through his counsel of record, Patrick K. Hanly, for reasons stated herein hereby stipulate as follows:

　　1.　By previous order, the Government's Opposition was due on August 31, 2015.

　　2.　By this stipulation, the Government's Opposition is now due on September 10, 2015;

　　3.　By this stipulation, the Defendants' Reply, if any, is now due on October 1, 2015;

　　4.　Hearing on Defendants' motion to remain as previously set for October 8, 2015, at 9:30 AM;

5.	Judgment and Sentencing previously set for October 8, 2015, be changed to a status conference regarding the setting of a new sentencing hearing date to be determined by the court.

Patrick Hanly, counsel for defendant Robert Snellings, will be out of the country from September 8, 2015 to September 24, 2015.  At the request of the defense, the government has no objection to modifying the filing schedule as it relates to the defendants' motion for new a trial.  Additionally, the defense respectfully requests that the court change the sentencing hearing presently scheduled for October 8, 2015, to a status conference for the purpose of scheduling a future sentencing hearing date as determined by the court.

IT IS SO STIPULATED.

Dated:  August 26, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ WILLIAM S. WONG
                                           WILLIAM S. WONG
                                           Assistant United States Attorney


Dated:  August 26, 2015                    /s/ Patrick Hanly
                                           Patrick Hanly
                                           Counsel for Defendant
                                           Robert Snellings

Dated:  August 26, 2015                    /s/ Christopher Cosca
                                           Christopher Cosca
                                           Counsel for Defendant
                                           Ryan McGowan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of August, 2015.

                                           Troy L. Nunley
                                           United States District Judge

STIPULATION AND ORDER REGARDING
GOVERNMENT'S EXTENSION

2