1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO. 2:12-CR-0207-TLN

13               Plaintiff,              STIPULATION AND ORDER REGARDING
                                         EXTENSION OF TIME FOR THE GOVERNMENT
14        v.                             TO FILE ITS OPPOSITION TO NEW TRIAL
                                         MOTION
15  RYAN McGOWAN, and
    ROBERT SNELLINGS,

16               Defendants.

17

18                           **STIPULATION**

19      IT IS HEREBY STIPULATED by and between the parties and their respective counsel that

20  the government may have until October 16, 2015 to file its Opposition in the above case. The reason for

21  this request is counsel for the government has the flu, sore throat, constant coughing, and occasional

22  chills with higher than usual temperature.

23      The defense reserves the right to request additional time to file its reply and/or to request a new

24  hearing date with additional time to file its reply. The government agrees not to oppose the defense

25  request. All other dates, including the hearing date, shall remain as previously ordered.

26      IT IS SO STIPULATED.

27

28

STIPULATION AND ORDER REGARDING                1
GOVERNMENT'S EXTENSION

Dated:  October 13, 2015          BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ WILLIAM S. WONG
                                   WILLIAM S. WONG
                                   Assistant United States Attorney


Dated:  October 13, 2015           /s/ Patrick Hanly
                                   Patrick Hanly
                                   Counsel for Defendant
                                   Robert Snellings

Dated:  October 13, 2015           /s/ Christopher Cosca
                                   Christopher Cosca
                                   Counsel for Defendant
                                   Ryan McGowan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of October, 2015.


_____
Troy L. Nunley
United States District Judge