1  Law Office of Patrick K. Hanly (Bar # 128521)
2  455 Capitol Mall Suite 325
   Sacramento CA 95814
3  Telephone (916) 773-2211
   Facsimile (916) 492-2680
4
5  Attorney for Defendant
   ROBERT SNELLINGS
6
7                     UNITED STATES DISTRICT COURT
8                     EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 12-0207 TLN |
| v. | **Stipulation Re Foreign Travel** |
| ROBERT SNELLINGS, | DATE: N/A |
| Defendant, | TIME: N/A |
| | COURTROOM: HONORABLE **TROY L. NUNLEY** |

It is hereby stipulated by and between the parties and their respective counsel; Assistant U.S. Attorney William S. Wong for the United States and Patrick K. Hanly for the defendant, Robert Snellings, that Defendant Snellings may travel to Mexico between the dates of November 8, 2015 and November 16, 2015.   Pre-trial services indicates that Mr. Snellings is in full compliance with his pre-trial release conditions.

    Dated: October 26 2015            /s/ William S. Wong
                                      Assistant United States Attorney

    Dated: October 26, 2015           /s/ Patrick K. Hanly
                                      Attorney for Defendant Robert Snellings

*U.S. v. Snellings*, CR S 12-0207                 1
Stipulation Re Travel

1
2      **IT IS SO ORDERED**.

3      Dated: October 28, 2015

4                                                              _____
                                                               Honorable **TROY L. NUNLEY**
5                                                              United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Snellings*, CR S 12-0207
Stipulation Re Travel                                       2