BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0207 TLN |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S APPLICATION TO FILE CORRECTED BRIEF |
| v. | |
| RYAN MCGOWAN, and, ROBERT SNELLINGS, | |
| Defendants. | |

The government's application to file a corrected brief is GRANTED.  The government shall file the brief attached as Exhibit A to its application forthwith.

Dated:  November 9, 2015

Troy L. Nunley
United States District Judge